Case 20-21512-TPA    Doc 38    Filed 09/24/20    Entered 09/24/20 16:18:10    Desc Main
Document    Page 1 of 1

FILED
9/24/20 4:17 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 20-21512-TPA |
| | : | | |
| Linda Lorraine Stidard | : | Chapter: | 7 |
| | : | | |
| *Debtor(s).* | : | | |
| | : | Date: | 9/24/2020 |
| | : | Time: | 11:30 |

## PROCEEDING MEMO

*MATTER*   # 24 Motion For Sale of Property under Section 363(b)
 #32 Obj by Quicken Loans
 #37 Withdrawal of Obj at #32
  Sale posted on EASI 8-27-20)

*APPEARANCES:*

 Quicken Loans:   Brian Nicholas
 Trustee:   Natalie Lutz Cardiello

*NOTES:*

Cardiello:   The prospective purchasers have no relationship with the Debtor.

*OUTCOME:*   GRANTED / OE

vas