# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-21512-TPA |
| LINDA LORRAINE STIDARD | : | Chapter 7 |
| *Debtor* | : | |
| Natalie Lutz Cardiello, Trustee | : | |
| Movant | : | |
| v. | : | |
| United States of America, Internal Revenue Service; Commonwealth of Pennsylvania, Department of Revenue; County of Allegheny; Jordan Tax Service; Forward Township; Keystone Collections Group; Elizabeth Forward School District; MBM Collections and Quicken Loans, Inc. | : | |
| Respondents | : | |

## REPORT OF SALE

A sale hearing was conducted on September 24, 2020, in connection with the sale of 100 Nivens Ln, Elizabeth, PA 15037 to Nathan Bertok and Shalyn Patterson. The sale price was $131,000. The closing was held on October 9, 2020. The bankruptcy estate received a carve-out of $7,500. In addition, sufficient sums remained so that the Debtor received her exemption in the amount of $9,033.11 and the bankruptcy estate received an additional $5,173.98. A copy of the settlement statement is attached hereto and incorporated herein.

The sums paid to the bankruptcy estate will be held by the Trustee pending further Order of Court.

Respectfully submitted,

*/s/ Natalie Lutz Cardiello*
Natalie Lutz Cardiello, Trustee
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043

| American Land Title Association | ALTA Settlement Statement - Combined |
| --- | --- |
| | Adopted 05-01-2015 |

| File No./Escrow No.: | Gregory W. Bevington, Esquire |
| --- | --- |
| 032835 | 6 Clairton Blvd. |
| Print Date & Time: | Pittsburgh, PA 15236 |
| 10/16/2020 11:19:55 AM | |
| Officer/Escrow Officer: | |
| Gregory W. Bevington, Esquire | |
| Settlement Location: | |
| Gregory W. Bevington, Esquire, 6 Clairton Blvd. , Pittsburgh, PA 15236 | |

| Property Address: | 100 Nevins Lane, Elizabeth, PA, 15037 |
| --- | --- |
| Buyer(s): | Nathan Bertok, Shalyn Patterson |
| Seller(s): | Linda Stidard, Bankruptcy Estate of Linda Lorraine Stidard |
| Lender: | Movement Mortgage, LLC |
| Loan No.: | 3197726 |
| Settlement Date: | 10/09/2020 |
| Disbursement Date: | 10/09/2020 |

SELLER COPY

| Seller | | | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | Description | Debit | Credit |
| | | Financial | | |
| | 131,000.00 | Sales Price | 131,000.00 | |
| | | Deposit | | 1,000.00 |
| | | Loan Amount to Movement Mortgage, LLC | | 127,070.00 |
| 1,000.00 | | Excess Deposit | | |
| | | | | |
| | | Prorations/Adjustments | | |
| | 30.83 | City/Town Taxes 10/09/20 to 12/31/20 | 30.83 | |
| | 55.64 | County Taxes 10/09/20 to 12/31/20 | 55.64 | |
| | 1,117.40 | School Taxes 10/09/20 to 06/30/21 | 1,117.40 | |
| | | | | |
| | | Loan Charges | | |
| | | 0.250 % of Loan Amount (Points) to Movement Mortgage, LLC | 317.68 | |
| | | Processing Fee to Movement Mortgage, LLC | 350.00 | |
| | | Underwriting Fee to Movement Mortgage, LLC | 995.00 | |
| | | Prepaid Interest( $11.31 per day from 10/9/20 to 11/1/20 ) | 260.13 | |
| | | | | |
| | | Impounds | | |
| | | Homeowner's Insurance$52.17 per month for 2 mo. | 104.34 | |
| | | Property Taxes$11.42 per month for 9 mo. | 102.78 | |
| | | County Property Tax$27.71 per month for 10 mo. | 277.10 | |

This is a summary of the closing transaction prepared by Gregory W. Bevington, Esquire. This document is not intended to replace the "Closing Disclosure" form.

Copyright 2015 American Land Title Association.  
All rights reserved.

Page 1    of    4

032835  
10/16/2020 11:19:55 AM

| Seller Debit | Seller Credit | Description | Buyer Debit | Buyer Credit |
|---|---|---|---|---|
| | | School Taxes $150.46 per month for 5 mo. | 752.30 | |
| | | Aggregate Adjustment | | 511.28 |
| | | | | |
| | | Title Charges & Escrow/Settlement | | |
| | | Title - Closing Services Letter to First American Title | 125.00 | |
| | | Title - Lender Policy Endorsements to First American Title | 300.00 | |
| | | Title - Lender Title Insurance to First American Title | 1,184.60 | |
| | | Title - Owner's Title Insurance (Optional) to First American Title | 17.10 | |
| | | | | |
| | | Government Recording and Transfer Charges | | |
| | | Recording Fees: Deed | 181.75 | |
| | | Recording Fees: Mortgage | 181.75 | |
| 327.50 | | Conveyance Deed - School District Transfer Tax to Allegheny County Dept of Real Estate | 327.50 | |
| 327.50 | | Conveyance Deed - Town Transfer Tax to Allegheny County Dept of Real Estate | 327.50 | |
| 655.00 | | Conveyance Deed - PA State Transfer Tax to Allegheny County Dept of Real Estate | 655.00 | |
| | | | | |
| | | Payoff(s) | | |
| 100,115.58 | | Payoff of First Mortgage Loan | | |
| | | | | |
| | | Miscellaneous | | |
| | | Appraisal to Appraisal Links, Inc., POC-B, $475.00 | | |
| | | Credit Report Fee to Credit Plus | 76.75 | |
| | | Flood Certification Fee to CoreLogic Flood Services | 7.00 | |
| | | Tax Service Fee to CoreLogic Tax Services | 64.00 | |
| | | VOE Fee to Equifax | 32.00 | |
| 350.00 | | Title - Settlement Fee to Bootay Bevington Nichols, LLC | | |
| | | Electronic Document Delivery Fee to Bootay Bevington Nichols, LLC | 75.00 | |
| 30.00 | | Courier Fee to Bootay Bevington Nichols, LLC | 15.00 | |
| 30.00 | | Wire Transfer Fee to Bootay Bevington Nichols, LLC | 30.00 | |
| | | Title - Notary Fee to Bootay Bevington Nichols, LLC | 30.00 | |
| | | Homeowner's Insurance Premium to GRANGE INSURANCE | 626.00 | |
| 2,930.00 | | Selling Agent Admin./Comm - deposit to All Pittsburgh Real Estate | 345.00 | |

This is a summary of the closing transaction prepared by Gregory W. Bevington, Esquire. This document is not intended to replace the "Closing Disclosure" form.

| Seller | | Description | Buyer | |
| --- | --- | --- | --- | --- |
| Debit | Credit | | Debit | Credit |
| 3,930.00 | | Listing Agent Commission to EXP Realty | | |
| 115.00 | | Lien Letter Reimbursement to Bootay Bevington COST | | |
| 186.20 | | Current Sewage Balance to Forward Township | | |
| 500.00 | | Final Sewage Escrow to Bootay Bevington ESCROW | | |
| 7,500.00 | | Exemption Carve Out to Bankruptcy Estate of Linda Stidard | | |
| 9,033.11 | | Exemption Claimed to Linda Stidard | | |
| | | | | |
| | | Subtotals | | |
| | | Due From Buyer | | 11,382.87 |
| 5,173.98 | | Due To Seller | | |
| | | | | |
| 132,203.87 | 132,203.87 | Totals | 139,964.15 | 139,964.15 |

This is a summary of the closing transaction prepared by Gregory W. Bevington, Esquire. This document is not intended to replace the "Closing Disclosure" form.

Copyright 2015 American Land Title Association.
All rights reserved.                    Page 3   of  4                    032835
                                                                          10/16/2020 11:19:55 AM

**Acknowledgement**

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Gregory W. Bevington, Esquire to cause the funds to be disbursed in accordance with this statement.

SELLER(S)                                                           BUYER(S)

_____                     _____
                                                                                Nathan Bertok

Bankruptcy Estate of Linda Lorraine Stidard

*Natalie Lutz Cardiello* /s/                                     SEE ATTACHED

_____                     _____
By: Natalie Lutz Cardiello, Bankruptcy Trustee      Shalyn Patterson

SEE ATTACHED

_____
Escrow Officer: Gregory W. Bevington, Esquire

This is a summary of the closing transaction prepared by Gregory W. Bevington, Esquire. This document is not intended to replace the "Closing Disclosure" form.

Copyright 2015 American Land Title Association.
All rights reserved.                                Page 4 of 4                              032835
                                                                                            10/16/2020 11:19:55 AM

## Acknowledgement

We/I have carefully reviewed the ALTA Settlement Statement and find it to be a true and accurate statement of all receipts and disbursements made on my account or by me in this transaction and further certify that I have received a copy of the ALTA Settlement Statement. We/I authorize Gregory W. Bevington, Esquire to cause the funds to be disbursed in accordance with this statement.

**SELLER(S)**

*SEE ATTACHED*

_____
Linda Stidard

Bankruptcy Estate of Linda Lorraine Stidard

_____
By: Natalie Lutz Cardiello, Bankruptcy Trustee

**BUYER(S)**

_____
Nathan Bertok

_____
Shalyn Patterson

_____
Escrow Officer: Gregory W. Bevington, Esquire

This is a summary of the closing transaction prepared by Gregory W. Bevington, Esquire. This document is not intended to replace the "Closing Disclosure" form.

Copyright 2015 American Land Title Association.
All rights reserved.

Page 4 of 4

032835
10/9/2020 6:19:29 AM