## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-21512-TPA |
| | : | Chapter 7 |
| LINDA LORRAINE STIDARD | : | |
| | : | Related to Doc. Nos. 48, 49, 50, 55 |
| | : | |
| *Debtor* | : | Hearing Date and Time: |
| | : | March 11, 2021 at 10:30 a.m. |
| NATALIE LUTZ CARDIELLO, TRUSTEE | : | |
| | : | |
| Applicant | : | |
| | : | |
| Vs | : | |
| | : | |
| NO RESPONDENTS | : | |

**CERTIFICATE OF NO OBJECTION REGARDING**
Trustee's Final Report,
Application for Trustee's Compensation and Expenses,
Application of Trustee's Counsel for Allowance of Final
Compensation and Expenses, and Notice of Trustee's Final
<u>Report and Applications for Compensation and Deadline to Object</u>

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the **Trustee's Final Report, Application for Trustee's Compensation and Expenses, Application of Trustee's Counsel for Allowance of Final Compensation and Expenses, and Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** filed on January 29, 2021, has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Final Report, Notice and Applications appears thereon. Pursuant to the **Trustee's Final Report, Application for Trustee's Compensation and Expenses, Application of Trustee's Counsel for Allowance of Final Compensation and Expenses, and Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object**, objections to the Final Report, Notice and Applications were to be filed and served no later than February 22, 2021.

It is hereby respectfully requested that the Orders filed in connection with the Trustee's Final Report, including the Applications for Compensation filed in connection therewith, be entered by the Court.

Dated: February 23, 2021     By:     /s/Natalie Lutz Cardiello
Natalie Lutz Cardiello, Trustee
PA I.D. #51296
107 Huron Drive
Carnegie, PA 15106
ncardiello@cardiello-law.com
(412) 276-4043