FILED
2/24/21 12:10 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | Case No. 20-21512-TPA |
| | : | |
| **LINDA LORRAINE STIDARD** | : | Chapter 7 |
| | : | |
| *Debtor(s)* | : | Doc. No.____ |
| | : | |
| Natalie Lutz Cardiello | : | Related to Doc. No. 49 |
| | : | |
| Applicant | : | |
| | : | |
| vs | : | |
| | : | |
| No Respondents | : | |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

Upon consideration of the foregoing application for compensation, and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $5,000.00 is reasonable compensation for the services rendered in this case by Natalie Lutz Cardiello, Esquire, trustee; that such sum does not exceed the limitations prescribed by §326 of the Bankruptcy Code; that $217.40 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

Dated:  February 24, 2021

THOMAS P. AGRESTI    ljm
United States Bankruptcy Judge

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 20-21512-TPA
Linda Lorraine Stidard  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: dkam      Page 1 of 2
Date Rcvd: Feb 24, 2021      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

#      Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 26, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ Linda Lorraine Stidard, 100 Nevins Lane, Elizabeth, PA 15037-1020 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 26, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 24, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor Quicken Loans LLC bnicholas@kmllawgroup.com |
| Coleen A. Jeffrey | on behalf of Debtor Linda Lorraine Stidard langlaw.lang@gmail.com cajeffreyesquire@gmail.com |
| Natalie Lutz Cardiello | on behalf of Trustee Natalie Lutz Cardiello ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Natalie Lutz Cardiello | ncardiello@cardiello-law.com ncardiello@ecf.axosfs.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |

District/off: 0315-2 User: dkam Page 2 of 2
Date Rcvd: Feb 24, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 5