# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: § | | |
| STIDARD, LINDA LORRAINE, § | | CASE NO. 20-21512 TPA |
|     Debtor § | | |
| § | | |
| Natalie Lutz Cardiello, Esquire, Trustee, § | | CHAPTER 7 |
|     Movant § | | |
| § | | DOCUMENT NO. |
|     v. § | | |
| § | | |
| No Respondent § | | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Natalie Lutz Cardiello, Esquire, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 50.33<br>*(Without deducting any secured claims)* | Assets Exempt: 24,757.06 |
| Total Distributions to Claimants: 105,822.16 | Claims Discharged<br>Without Payment: 27,496.59 |
| Total Expenses of Administration: 16,144.73 | |

3) Total gross receipts of $ 131,000.00  (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 9,033.11  (see **Exhibit 2**), yielded net receipts of $ 121,966.89  from the

liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 95,966.89 | $ 100,115.58 | $ 100,115.58 | $ 100,115.58 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 16,144.73 | 16,144.73 | 16,144.73 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 31,870.84 | 32,656.17 | 32,656.17 | 5,706.58 |
| **TOTAL DISBURSEMENTS** | $ 127,837.73 | $ 148,916.48 | $ 148,916.48 | $ 121,966.89 |

4) This case was originally filed under chapter 7 on 05/13/2020. The case was pending for 11 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/02/2021        By:/s/Natalie Lutz Cardiello, Esquire
                                         Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 100 NEVINS LANE, ELIZABETH PA 15037 | 1110-000 | 131,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$131,000.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | Exemptions | 8100-002 | 9,033.11 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 9,033.11** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Quicken Loans PO Box 6577 Carol Stream, IL 60197-6577 | | 95,966.89 | NA | NA | 0.00 |
| | QUICKEN LOANS | 4110-000 | NA | 100,115.58 | 100,115.58 | 100,115.58 |
| **TOTAL SECURED CLAIMS** | | | **$ 95,966.89** | **$ 100,115.58** | **$ 100,115.58** | **$ 100,115.58** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:NATALIE LUTZ CARDIELLO | 2100-000 | NA | 5,000.00 | 5,000.00 | 5,000.00 |
| TRUSTEE EXPENSES:NATALIE LUTZ CARDIELLO | 2200-000 | NA | 217.40 | 217.40 | 217.40 |
| BOOTAY BEVINGTON ESCROW | 2420-000 | NA | 500.00 | 500.00 | 500.00 |
| FORWARD TOWNSHIP | 2420-000 | NA | 186.20 | 186.20 | 186.20 |
| CLOSING COSTS | 2500-000 | NA | 525.00 | 525.00 | 525.00 |
| REAL ESTATE TRANSFER TAXES | 2820-000 | NA | 106.13 | 106.13 | 106.13 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):NATALIE LUTZ CARDIELLO, ESQ | 3110-000 | NA | 1,750.00 | 1,750.00 | 1,750.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):ALL PITTSBURGH REAL ESTATE | 3510-000 | NA | 3,930.00 | 3,930.00 | 3,930.00 |
| REALTOR FOR TRUSTEE FEES (REAL ESTATE COMMISSIONS):EXP REALTY | 3510-000 | NA | 3,930.00 | 3,930.00 | 3,930.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 16,144.73 | $ 16,144.73 | $ 16,144.73 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dayo Navalgund Associates PO Box 747 Greensburg, PA 15601 | | 547.00 | NA | NA | 0.00 |
| 000001 | KEYBANK N.A. | 7200-000 | 31,323.84 | 32,656.17 | 32,656.17 | 5,706.58 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 31,870.84 | $ 32,656.17 | $ 32,656.17 | $ 5,706.58 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 20-21512    TPA    Judge: THOMAS P. AGRESTI | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | STIDARD, LINDA LORRAINE | Date Filed (f) or Converted (c): | 05/13/20 (f) |
| | | 341(a) Meeting Date: | 06/08/20 |
| For Period Ending: | 04/02/21 | Claims Bar Date: | 10/09/20 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 100 NEVINS LANE, ELIZABETH PA 15037 | 105,000.00 | 12,673.98 | | 131,000.00 | FA |
| 2. 2017 FORD ESCAPE SE | 10,295.00 | 0.00 | | 0.00 | FA |
| 3. HOUSEHOLD GOODS | 750.00 | 0.00 | | 0.00 | FA |
| 4. ELECTRONICS | 190.00 | 0.00 | | 0.00 | FA |
| 5. WEARING APPAREL | 75.00 | 0.00 | | 0.00 | FA |
| 6. JEWELRY | 1,725.00 | 0.00 | | 0.00 | FA |
| 7. CASH | 20.00 | 0.00 | | 0.00 | FA |
| 8. CENTURY HERITAGE FCU CHECKING ACCOUNT | 50.00 | 0.00 | | 0.00 | FA |
| 9. CENTURY HERITAGE FCU SAVINGS ACCOUNT | 600.00 | 0.00 | | 0.00 | FA |
| 10. JEFFERSON REGIONAL MEDICAL CENTER RETIREMENT PLAN | 533.95 | 0.00 | | 0.00 | FA |
| 11. PSERS | 299.33 | 0.00 | | 0.00 | FA |
| 12. NATIONWIDE WHOLE LIFE POLICY | 0.00 | 0.00 | | 0.00 | FA |
| 13. SOCIAL SECURITY | 1,236.00 | 0.00 | | 0.00 | FA |

|  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $120,774.28 | $12,673.98 | $131,000.00 | $0.00 |
| | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 11/30/20    Current Projected Date of Final Report (TFR): 12/31/20

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1

Exhibit 9

| Case No: | 20-21512 -TPA | Trustee Name: | Natalie Lutz Cardiello, Esquire |
|---|---|---|---|
| Case Name: | STIDARD, LINDA LORRAINE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0208 Checking Account (Non-Interest Earn) |
| Taxpayer ID No: | *******6170 | | |
| For Period Ending: | 04/02/21 | Blanket Bond (per case limit): | $ 9,932,890.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 10/19/20 | 1 | BOOTAY BEVINGTON & NICHOLS LLC ESCROW ACCOUNT (NATHAN BERTOK AND SHALYN PATTERSON) | GROSS PROCEEDS FROM SALE OF REAL ESTATE APPROVED AT DOC. NO. 39 (EXCESS OVER DEBTOR'S EXEMPTION) | | 5,173.98 | | 5,173.98 |
| | | | Memo Amount:     123,500.00  GROSS SALES PRICE | 1110-000 | | | |
| | | QUICKEN LOANS | Memo Amount:  (  100,115.58 )  PAYOFF OF FIRST MORTGAGE | 4110-000 | | | |
| | | EXP REALTY | Memo Amount:  (    3,930.00 )  REAL ESTATE COMMISSION | 3510-000 | | | |
| | | ALL PITTSBURGH REAL ESTATE | Memo Amount:  (    3,930.00 )  REAL ESTATE COMMISSION | 3510-000 | | | |
| | | | Memo Amount:  (      106.13 )  REAL ESTATE TRANSFER TAXES (Prepaid Real Estate Taxes of $1,203.87 were offset against Real Estate Transfer Taxes of $1,310 for a net of $106.13) | 2820-000 | | | |
| | | FORWARD TOWNSHIP | Memo Amount:  (      186.20 )  CURRENT SEWAGE BALANCE | 2420-000 | | | |
| | | BOOTAY BEVINGTON ESCROW | Memo Amount:  (      500.00 )  FINAL SEWAGE ESCROW | 2420-000 | | | |
| | | LORRAINE STIDARD | Memo Amount:  (    9,033.11 )  DEBTOR'S EXEMPTION | 8100-002 | | | |
| | | | Memo Amount:  (      525.00 )  CLOSING COSTS | 2500-000 | | | |
| 10/19/20 | 1 | BOOTAY BEVINGTON & NICHOLS LLC ESCROW ACCOUNT (NATHAN BERTOK AND SHALYN PATTERSON) | CARVE OUT FROM SALE OF REAL ESTATE PER ORDER OF COURT AT DOC. NO. 39 | 1110-000 | 7,500.00 | | 12,673.98 |
| 03/11/21 | 070001 | Natalie Lutz Cardiello | Trustee Compensation | 2100-000 | | 5,000.00 | 7,673.98 |

Page Subtotals    12,673.98    5,000.00

Ver: 22.03

LFORM24

UST Form 101-7-TDR (10/1/2010) (Page: 7)

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 20-21512 -TPA | Trustee Name: | Natalie Lutz Cardiello, Esquire |
| --- | --- | --- | --- |
| Case Name: | STIDARD, LINDA LORRAINE | Bank Name: | Axos Bank |
| | | Account Number / CD #: | *******0208 Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6170 | | |
| For Period Ending: | 04/02/21 | Blanket Bond (per case limit): | $ 9,932,890.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 03/11/21 | 070002 | 107 Huron Drive<br>Carnegie, PA 15106<br>Natalie Lutz Cardiello | Trustee Expenses | 2200-000 | | 217.40 | 7,456.58 |
| 03/11/21 | 070003 | 107 Huron Drive<br>Carnegie, PA 15106<br>Natalie Lutz Cardiello, Esquire | Attorney for Trustee Fees (Trustee | 3110-000 | | 1,750.00 | 5,706.58 |
| 03/11/21 | 070004 | 107 Huron Drive<br>Carnegie, PA 15106<br>KEYBANK N.A.<br>PO BOX 94968<br>CLEVELAND, OH 44101 | Claim 000001, Payment 17.47474% | 7200-000 | | 5,706.58 | 0.00 |

|  |  |  |  |  |
| --- | --- | --- | --- | --- |
| Memo Allocation Receipts: | 123,500.00 | COLUMN TOTALS | 12,673.98 | 12,673.98 | 0.00 |
| Memo Allocation Disbursements: | 118,326.02 | Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| | | Subtotal | 12,673.98 | 12,673.98 | |
| Memo Allocation Net: | 5,173.98 | Less: Payments to Debtors | | 0.00 | |
| | | Net | 12,673.98 | 12,673.98 | |

| | | | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- | --- | --- |
| Total Allocation Receipts: | 123,500.00 | TOTAL - ALL ACCOUNTS | | | |
| Total Allocation Disbursements: | 118,326.02 | Checking Account (Non-Interest Earn - ********0208 | 12,673.98 | 12,673.98 | 0.00 |
| Total Memo Allocation Net: | 5,173.98 | | 12,673.98 | 12,673.98 | 0.00 |
| | | | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals     0.00     7,673.98

Ver: 22.03

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Page: 3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 20-21512 -TPA | Trustee Name: | Natalie Lutz Cardiello, Esquire |
| --- | --- | --- | --- |
| Case Name: | STIDARD, LINDA LORRAINE | Bank Name: | Axos Bank |
|  |  | Account Number / CD #: | *******0208  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******6170 |  |  |
| For Period Ending: | 04/02/21 | Blanket Bond (per case limit): | $ 9,932,890.00 |
|  |  | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | Uniform | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  | Page Subtotals | | | 0.00 | 0.00 | |

Ver: 22.03

LFORM24

UST Form 101-7-TDR (10/1/2010) *(Page: 9)*